UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIX LANDAU,<br><br>Defendant. | Case No. CR08-61 MJP<br><br>ORDER GRANTING MOTION TO COMPEL |

This matter comes before the Court on the Government's motion seeking to compel production of a handwritten spreadsheet summarizing Mr. Landau's receipts for the year 2001 (also known as the "green sheet"). (Dkt. No. 22.) The Government avers that Mr. Landau provided Agent Joseph Lopez with the green sheet on March 4, 2003, but that Agent Lopez later misplaced or destroyed the document. (Mtn. at 2-3; Reply at 2.) After reviewing the motion, Mr. Landau's response (Dkt. No. 32), the Government's reply (Dkt. No. 36), and all papers submitted in support thereof, the Court GRANTS the motion and rules as follows:

(1) The document shall be produced within seven days of the date of this order.

(2) To preserve Mr. Landau's Fifth Amendment right, his compelled production cannot serve as an admission of the existence, possession, or authenticity of the green sheet and the Government must independently authenticate the document. See In re Grand Jury Subpoena dated April 18, 2003, 383 F.3d 905, 910 (9th Cir. 2004).

(3) Mr. Landau's request for an evidentiary hearing to determine the basis for Agent Lopez's ability to authenticate the green sheet is denied; the Government offers sufficient

ORDER — 1

description of this evidence in its reply brief and supporting exhibits. (<u>See</u> Reply at 2-3; Dkt. No. 36-2.)

The Clerk is directed to send a copy of this order to all counsel of record and mail a copy to Petitioner.

Dated: October 21, 2008.

/s/ Marsha J. Pechman

Marsha J. Pechman

U.S. District Judge

ORDER — 2